IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

GABRIEL DE LEON, RAMON PENA, and
JOSE LUIS RAMIREZ,

                              Plaintiffs,                          ORDER

    v.

                                                                 16-cv-348-jdp

GRADE A CONSTRUCTION INC.,

                              Defendant.
_____

The court has reviewed the parties' arguments regarding the consent form. The form will provide as follows:

I, _____ (print name), consent to participate in a claim pursuant to the Fair Labor Standards Act against Grade A Construction, Inc. ("Grade A") based on the following (check all that apply):

☐ I am a current or former hourly employee of Grade A who worked for Grade A on or after May 26, 2013.

☐ I am a current or former employee of EC Property Services who worked at the Park Place Apartments Project in Madison, Wisconsin, or at the Avenir Apartments Project in Milwaukee, Wisconsin.

By signing and returning this form I consent to being represented by the Previant Law Firm S.C.

Entered May 25, 2017.

                                                  BY THE COURT:

                                                  /s/

                                                  _____

                                                  JAMES D. PETERSON
                                                  District Judge